# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Bolton, Susan R | 2. Court or Organization<br><br>U.S. District Court, Arizona | 3. Date of Report<br><br>04/30/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>401 W. Washington St., SPC 50<br>Suite 522<br>Phoenix, AZ 85003 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Secretary | Organizational Diagnostics LLC (█████ owned company) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1989 | Arizona Elected Officials Retirement Plan (pension plan from prior employment as a state court judge) |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE RECEIVED 2007 MAY -2 A 11: 09

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R | 04/30/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Arizona Elected Officials Retirement Plan | $ 62,140 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Organizational Diagnostics, L.L.C. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R | 04/30/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ]    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sonoma National Bank, CA | Mortgage on one-half interest in office codominium (Pt. VII line 13) | K |
| 2. | Merrill Lynch Single Premium Life | Cash value loan | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IBM common stock | A | Dividend | L | T | | | | | |
| 2. Merrill Lynch Bank USA | C | Interest | M | T | | | | | |
| 3. Bank of America, Arizona | A | Interest | K | T | | | | | |
| 4. Merrill Lynch Single Premium Life-Insurance | | None | K | T | | | | | |
| 5. Philadelphia Life Insurance Company-Insurance | | None | K | T | | | | | |
| 6. U.S. Savings Bonds | | None | O | T | | | | | |
| 7. Phx Balanced Fund | A | Dividend | K | T | | | | | |
| 8. MLF Retirement Plus-Annuity | | None | M | T | | | | | |
| 9. Transamerica Landmark Annuity | | None | L | T | | | | | |
| 10. Allianz Franklin-Annuity | | None | K | T | | | | | |
| 11. Nelson II Freeway Limited Partnership | | None | J | W | | | | | |
| 12. Sasser Interest Limited Partnership | | None | K | W | partial sale | 5/2 | L | E | Squaw Peak Goodyear LLC |
| 13. Office condo (1/2 interest), Phx, AZ (see part VII) | D | Rent | M | R | | | | | |
| 14. Merrill Lynch Basic Retirement Plan-Profit Sharing | D | Dividend & I | N | T | | | | | |
| 15. --First Sec. Bank CD | | | | | buy | 12/4 | L | | |
| 16. --Lehman Bros. CD | | | | | buy | 5/8 | K | | |
| 17. --East West Bank CD | | | | | buy | 12/4 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  --Flagstar Bank CD | | | | | redemmed | 9/18 | K | | |
| 19.  --Countrywide Bank CD | | | | | | | | | |
| 20.  --Hudson United Bank CD | | | | | redeemed | 3/1 | K | | |
| 21.  --US Treas. Inflation Note | | | | | | | | | |
| 22.  --Florida Comm. Bank CD | | | | | redeemed | 10/20 | K | | |
| 23.  --U.S. Treasury Note | | | | | redeemed | 2/15 | J | | |
| 24.  --Resolution Funding Corp. Zero Coupon Bond | | | | | | | | | |
| 25.  --Washington Mutual CD | | | | | buy | 7/10 | J | | |
| 26.  --FirstFed Bank CD | | | | | redeemed | 5/24 | J | | |
| 27.  --Western Bank CD | | | | | buy | 12/4 | L | | |
| 28.  --GMAC Bank CD | | | | | redeemed | 9/7 | K | | |
| 29.  Merrill Lynch Basic Retirement Plan-Money Purchase | D | Dividend & I | N | T | | | | | |
| 30.  --Sky Bank CD | | | | | buy | 5/1 | K | | |
| 31.  --Freescale Semiconductor | | | | | sold | 12/4 | J | A | |
| 32.  --US Treasury Inflation Notes (4) | | | | | | | | | |
| 33.  --Lehman Bros. Bank CD | | | | | | | | | |
| 34.  --Flordia Comm Bank CD | | | | | redeemed | 10/20 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  --Motorola common stock | | | | | | | | | |
| 36.  --Vodafone common stock | | | | | | | | | |
| 37.  --Blackrock Global (fka ML Global Allocation Mutual Fund) | | | | | | | | | |
| 38.  --Resolution Funding Corp-zero coupon bond | | | | | | | | | |
| 39.  --US Treasury-zero coupon bond | | | | | | | | | |
| 40.  --Financing Corp.- zero coupon bond | | | | | | | | | |
| 41.  Merrill Lynch IRA | C | Dividend & I | M | T | | | | | |
| 42.  --ML Bank USA | | | | | | | | | |
| 43.  --US Treasury zero coupon bonds (3) | | | | | | | | | |
| 44.  --Pepsico common stock | | | | | | | | | |
| 45.  --Yum Brands common strock | | | | | | | | | |
| 46.  --Washington Mutual-CD | | | | | buy | 7/31 | J | A | |
| 47.  --Wal-Mart common stock | | | | | | | | | |
| 48.  --Oppenheimer Income Trust mutual fund | | | | | | | | | |
| 49.  --US Treasury Inflation Note | | | | | | | | | |
| 50.  --Lehman Bros Bank CD | | | | | | | | | |
| 51.  --Washington Trust CD | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   --U.S. Treasury Inflation Note | | | | | | | | | |
| 53.   Fidelity Equity Income Fund | A | Dividend | K | T | | | | | |
| 54.   Fidelity Magellan mutual fund | A | Dividend | K | T | | | | | |
| 55.   Fidelity Value mutual fund | A | Dividend | K | T | | | | | |
| 56.   Fidelity Asset Manager mutual fund | A | Dividend | J | T | | | | | |
| 57.   Fidelity Puritan mutual fund | A | Dividend | K | T | | | | | |
| 58.   Janus Balanced mutual fund | A | Dividend | J | T | | | | | |
| 59.   Vanguard Growth Index Fund | A | Dividend | J | T | | | | | |
| 60.   Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 61.   Vanguard Prime Cap Fund | A | Dividend | J | T | | | | | |
| 62.   Vanguard Life Strategy Growth Fund | A | Dividend | J | T | | | | | |
| 63.   Vanguard Profit Sharing Plan | A | Dividend & I | J | T | | | | | |
| 64.   --Total Stock Market Index Fund | | | | | | | | | |
| 65.   --Growth Index Fund | | | | | | | | | |
| 66.   Vanguard IRA | A | Dividend | J | T | | | | | |
| 67.   --Growth Index Fund | | | | | | | | | |
| 68.   Vanguard IRA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   --Total Stock Market Fund | | | | | | | | | |
| 70.   Gilbert AZ Public Facility Muni Bond | A | Interest | K | T | | | | | |
| 71.   Merrillville IN Muni Bond zero coupon | | None | K | T | | | | | |
| 72.   Intermountain Power Agency Muni Bond zero coupon | | None | K | T | | | | | |
| 73.   Illinois DFA zero coupon Muni Bond | | None | K | T | | | | | |
| 74.   Ten acres, Oroville, CA (1972, $5,000) | | None | J | R | | | | | |
| 75.   Arizona Elected Officials Retirement Plan | E | pension | M | T | | | | | |
| 76.   Arizona State Retirement System | | None | M | T | | | | | |
| 77.   Keyport Keyannuity | | None | M | T | | | | | |
| 78.   Keyport Keyannuity | | None | L | T | | | | | |
| 79.   Merrill Lynch IRA | D | Dividend & I | N | T | | | | | |
| 80.   --MLBankUSA | | | | | | | | | |
| 81.   --US Treasury zero coupon bonds (3) | | | | | | | | | |
| 82.   --US Treasury Inflation Notes (3) | | | | | | | | | |
| 83.   --Indymac Bank - CD | | | | | buy | 12/6 | K | | |
| 84.   --Pepsico common stock | | | | | | | | | |
| 85.   --Yum Brands common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | ● =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. --Lehman Bros. CD | | | | | buy | 1/9 | K | | |
| 87. --Oppenheimer Income Trust mutual fund | | | | | | | | | |
| 88. --Countrywide Bank CD (2) | | | | | | | | | |
| 89. --GMAC Bank CD | | | | | redeemed | 9/7 | K | | |
| 90. --Peninsula Bank CD | | | | | | | | | |
| 91. Maricopa Cty Hosp. Dist. #1 | | None | | | redeemed | 6/1 | K | | |
| 92. Maricopa Cty School Dist #014 Creighton | | None | J | T | | | | | |
| 93. U.S. Savings Bonds | | None | | | buy | 1/6 | K | | |
| 94. U.S. Savings Bonds | | None | | | buy | 11/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R | 04/30/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R | 04/30/2007 |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R | 04/30/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____   te ___4/30/07___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544